FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
12 AUG 27 AM 11: 32
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARVIN TURNER,

    Plaintiff,

v.

DON JARRIEL; DANE DASHER;
JOHN PAUL; LARRY BREWTON;
Sgt. SMITH; CO GORDON;
Lt. SANDERS; CO TOOTLE;
CO MOBLEY; CO WADE;
CO THOMAS; CO HURTADO;
CO BERRY; and JOHN DOE,

    Defendants.

CIVIL ACTION NO.: CV612-030

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims for confiscation of property against Defendants Gordon and Smith are **dismissed**. All of Plaintiff's claims against Defendants John Doe, Dasher, Paul, and Brewton are **dismissed**.

SO ORDERED, this 27 day of August, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)