IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARVIN TURNER,

   Plaintiff,

v.            CIVIL ACTION NO.: CV612-030

DON JARRIEL; DANE DASHER;
JOHN PAUL; LARRY BREWTON;
Sgt. SMITH; CO GORDON;
Lt. SANDERS; CO TOOTLE;
CO MOBLEY; CO WADE;
CO THOMAS; CO HURTADO;
CO BERRY; and JOHN DOE,

   Defendants.

## ORDER

Presently before the Court is Plaintiff's Motion for Reconsideration of the undersigned's Order dated August 28, 2012. That Order adopted the Report of United States Magistrate Judge James E. Graham recommending the dismissal of Plaintiff's confiscation of property claims against Defendants Gordon and Smith and of Plaintiff's claims against Defendants John Doe, Dasher, Paul, and Brewton. (Doc. No. 16). On the same date he issued his Report, the Magistrate Judge ordered service of his Report and Recommendation and advised the parties that they had fourteen (14) days to file any desired Objections to the Report and Recommendation. (Doc. No. 17). Plaintiff did not file any Objections.

Plaintiff asserts that he did not realize that he had to resubmit written Objections, as he filed Objections to the Magistrate Judge's Report and Recommendation in Case

AO 72A
(Rev. 8/82)

Number CV611-98. Despite the Magistrate Judge's clear directive in this case, Plaintiff failed to file any Objections to the Report and Recommendation. However, even taking into consideration the Objections filed in Case Number CV611-98, Plaintiff's "Objections" to the Report in this case are without merit. Plaintiff's Motion for Reconsideration is **DENIED**. The undersigned's Order dated August 28, 2012, shall remain the Order of the Court.

**SO ORDERED**, this _19_ day of _Nov_, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA