IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARVIN TURNER,

Plaintiff,

v.

CIVIL ACTION NO.: CV612-030

DON JARRIEL; TARMARSHE SMITH;
DARREL GORDON; TRAVIS SANDERS;
AMANDA TOOTLE; ALTON MOBLEY;
LARRY WADE; TAMMIE THOMAS;
HUMBERTO HURTADO; and
RONNIE BERRY,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED** as barred by the doctrine of *res judicata*. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 6th day of March, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)